FILED

2014 OCT 17  AM 11: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### June 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARIO ROBERT VIANA,<br>    aka "Tony,"<br><br>        Defendant. | No. CR 14-**CR14-0606**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Cocaine Base; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

### COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 22, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony," knowingly and intentionally distributed approximately 0.17 grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

//

VOCS:AMO

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about February 28, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony," knowingly and intentionally distributed approximately 0.26 grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 5, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony," knowingly and intentionally distributed approximately 0.32 grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about March 18, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony," knowingly and intentionally distributed approximately 28.0 grams of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

## COUNT FIVE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about February 28, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony," knowingly possessed a firearm, namely, a revolver, in furtherance of a drug trafficking crime, namely, distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment.

## COUNT SIX

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about March 18, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony," knowingly possessed a firearm, namely, a .38 Special caliber revolver, in furtherance of a drug trafficking crime, namely, distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Four of this Indictment.

COUNT SEVEN

[18 U.S.C. § 922(g)(1)]

On or about March 5, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony" ("VIANA"), knowingly possessed a firearm, namely, a Ruger New Model Single Six, .22 Long Rifle caliber revolver, bearing a partially obliterated serial number 62-98950, and 145 rounds of CCI/Speer .22 Long Rifle caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant VIANA had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, case number MA0277302, on or about April 29, 2004;

(2) Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(A)(1), in the Superior Court of the State of California, County of Los Angeles, case number MA03177201, on or about May 2, 2005;

(3) Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number BA37890701, on or about September 26, 2011;

(4) Grand Theft of a Person, in violation of California Penal Code Section 487(c), in the Superior Court of the State of California, County of Los Angeles, case number BA38773201, on or about November 8, 2011.

COUNT EIGHT

[18 U.S.C. § 922(g)(1)]

On or about March 27, 2013, in Los Angeles County, within the Central District of California, defendant MARIO ROBERT VIANA, also known as "Tony" ("VIANA"), knowingly possessed a firearm, namely, a Colt, Model Police Positive, .38 Special caliber revolver, bearing serial number 258616, and 300 rounds of CCI/Speer .22 Long Rifle caliber ammunition, 3 rounds of Remington Arms Company .38 Special caliber ammunition, and 3 rounds of CCI/Speer .38 Special caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant VIANA had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Robbery, in violation of California Penal Code Section 211, in the Superior Court of the State of California, County of Los Angeles, case number MA0277302, on or about April 29, 2004;

(2) Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(A)(1), in the Superior Court of the State of California, County of Los Angeles, case number MA03177201, on or about May 2, 2005;

(3) Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number BA37890701, on or about September 26, 2011;

//
//

(4)   Grand Theft of a Person, in violation of California Penal Code Section 487(c), in the Superior Court of the State of California, County of Los Angeles, case number BA38773201, on or about November 8, 2011.

A TRUE BILL

/S/
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JOEY L. BLANCH
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

ASHA M. OLIVAS
Assistant United States Attorney
Violent & Organized Crime Section